# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ISLAND PALM COMMUNITIES LLC and HICKAM COMMUNITIES LLC<br><br>    Petitioners,<br><br>    V.<br><br>KENNY AMURO and JOSHUA BRANTLEY<br><br>    Respondents. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 24-00458 LEK-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>May 07, 2025, 10:23 am<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER: GRANTING IN PART AND DENYING IN PART PETITIONERS' MOTION TO VACATE ARBITRATOR'S CLASS CERTIFICATION ORDER OR, IN THE ALTERNATIVE, TO COMPEL INDIVIDUAL ARBITRATION; AND DENYING RESPONDENTS' MOTION TO DISMISS", ECF No. 30, filed on March 25, 2025 and the "EO: COURT ORDER DENYING AS MOOT PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION AND DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE", ECF No. 46, filed on April 22, 2025.

| | |
|---|---|
| May 7, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |